**Order entered February 16, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-01219-CR
No. 05-22-01220-CR

**HORACE SHAW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F22-00305-M, F22-00304-M**

**ORDER**

Court Reporter Belinda Baraka's request for an extension of time to file the reporter's record is **GRANTED**, and we **ORDER** the reporter's record due **March 15, 2023**.

/s/     DENNISE GARCIA
JUSTICE